# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00218-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE ANGEL CARRILLO-RODRIGUEZ,
    a/k/a Angel Garcia-Perea,
    a/k/a Angel Garcia-Pereira,

    Defendant.

## MINUTE ORDER[1]

    Due to a conflict arising on the court's calendar, the change of plea hearing previously set for July 8, 2010, is **VACATED** and is **CONTINUED** to **September 3, 2010**, at 1:30 p.m. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

    Dated: May 6, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.